ACCEPTED
12-14-00155-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/5/2015 11:12:05 AM
CATHY LUSK
CLERK

**NO. 12-14-00155-CV**

IN THE TEXAS COURT OF APPEALS FOR THE TWELFTH DISTRICT
TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/5/2015 11:12:05 AM
CATHY S. LUSK
Clerk

* * * * *

**BRENDA BREWER, DEANNA MEADOR, PENNY ADAMS AND SABRA CURRY,**

**APPELLANTS**

**V.**

**LOWE'S HOME CENTERS, INC.,**

**APPELLEE**

* * * * *

On Appeal from the 3rd Judicial District Court
Anderson County, Texas
Trial Court No. 3-41083

* * * * *

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANTS' BRIEF**

* * * * *

THE HONORABLE JUSTICES OF THE COURT:

Brenda Brewer, Deanna Meador, Penny Adams and Sabra Curry, Appellants, respectfully present this unopposed motion requesting that the time for filing Appellants' Brief be extended thirty (30) days, from January 28, 2015 to February 27, 2015. In support of this motion, Appellants would show the Court as follows:

1. This motion is being filed prior to the time Appellants' Brief is due. TRAP 38.6.

2. This appeal involves review of a trial court's final judgment rendered on May 12, 2014.

3. Appellants' Brief is due on or before January 28, 2015.

4. Appellants request the Court order Appellants' Brief to be due thirty (30) days from date the brief is currently due, or on or before February 27, 2015, because of significant scheduling conflicts for their appellate counsel as detailed below.

5. Appellate Counsel for Appellant, Brendan K. McBride, has been preparing for two oral arguments since the record in this case was filed on December 28, 2014. The first is set for January 6, 2015 in the Fourteenth Court of appeals in a case styled *River Oaks L-M, Inc. v. Vinton-Duarte*, Cause No. 14-14-00059-CV. The second is scheduled before the Supreme Court of Texas on January 13, 2015 in a case styled *JAW The Pointe, LLC v. Lexington Insurance Company*, Cause No. 13-0711. In addition, Mr. McBride has a reply brief due on January 27, 2015, in an appeal pending in the Fourth Court of Appeals, styled *De Los Santos v. Ford Motor Co.*, Cause No. 04-14-00562-CV. Finally, Mr. McBride has a pre-paid vacation with family scheduled for the first week of February 2015 that was planned before complications arose with the filing of the reporters' record delayed the briefing schedule in this case.

6. In order for their counsel to give the necessary attention to the issues, review of the record, and the preparation of their brief in this matter, Appellants request a thirty (30) day extension of time to accommodate these scheduling conflicts.

7. This is the first extension Appellants have requested regarding Appellants' briefing in this appeal.

8.     This extension is not requested for any purpose of delay, but so that justice may be done.

9.     **Certificate of Conference:** On January 5, 2015, the undersigned called and left a message for counsel for Appellee, Holly Williamson, regarding the relief requested in this motion. Appellee's counsel's office left a return message indicating that this motion could be filed as UNOPPOSED.

Respectfully submitted,

By: _____
Brendan K. McBride
State Bar No. 24008900
Brendan.mcbride@att.net
THE MCBRIDE LAW FIRM
 Of Counsel to GRAVELY & PEARSON,
 LLP
425 Soledad, Suite 620
San Antonio, Texas 78205
(210) 227-1200 Telephone
(210) 881-6752 Facsimile

    And

Matthew R. Pearson
State Bar No. 00788173
GRAVELY & PEARSON, L.L.P.
425 Soledad, Suite 600
San Antonio, Texas 78205
Telephone: (210) 472-1111
Facsimile: (210) 472-1110

3

COUNSEL FOR APPELLANTS, BRENDA
BREWER, DEANNA MEADOR, PENNY
ADAMS AND SABRA CURRY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded on this 5th day of January, 2015 to Appellee's counsel of record, Holly Williamson, via email and by electronic service through Texas.gov.

_____
Brendan K. McBride